IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TERRY BUSSEY                                                                    PETITIONER

v.                                   NO. 5:05CV00095 GH/JFF

LARRY NORRIS, Director,
Arkansas Department of Correction                                               RESPONDENT

## **JUDGMENT**

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed without prejudice upon Respondent's motion to dismiss for lack of jurisdiction.

IT IS SO ADJUDGED this 28th day of July, 2005.

*[signature: George Howard, Jr.]*
UNITED STATES DISTRICT JUDGE